UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC GUICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1246-J |
| ) | |
| FNU BARLOW, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff, a prisoner appearing pro se, brings this action pursuant to 42 U.S.C. § 1983, alleging various violations of his constitutional rights. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636. [Doc. Nos. 3 and 13]. On November 21, 2025, Judge Erwin issued a Report and Recommendation recommending that this action be dismissed without prejudice based upon Plaintiff's failure to comply with the Court's orders, specifically failing to submit the necessary paperwork required for service and failing to update his *in forma pauperis* application. [Doc. No. 22]. Plaintiff was advised of his right to object to the Report and Recommendation by December 8, 2025. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 22] and DISMISSES this case without prejudice.

IT IS SO ORDERED this 18th day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE